150 So.2d 583

**PEOPLES COTTON OIL COMPANY. Ltd.**

**v.**

**HUNT FOODS & INDUSTRIES, Inc.**

**No. 46574.**

March 12, 1963.

In re: Peoples Cotton Oil Company, Ltd. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 147 So.2d 687.

Writs refused. On the facts found by Court of Appeal, there is no error of law in its judgment.

150 So.2d 584

**Jake C. BENSON**

**v.**

**COMMERCIAL STANDARD INSURANCE COMPANY.**

**No. 46575.**

March 12, 1963.

In re: Jake C. Benson applying for certiorari, or writ of review, to the Court of

Appeal, Second Circuit, Parish of Bossier. 147 So.2d 736.

Writ denied. On the facts found by the Court of Appeal we find no error in the judgment complained of.